Rowland J. MARTIN, Jr., Successor in Interest to Moroco Ventures L.L.C., Plaintiff–Appellant

v.

Edward BRAVENEC, Esquire; Law Office of McKnight and Bravenec; 1216 West Avenue, Incorporated, Defendants–Appellees

No. 14–50093

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/11/2015

Rowland J. Martin, Jr., San Antonio, TX, pro se.

Ricardo Briones, Edward L. Bravenec, McKnight & Bravenec, San Antonio, TX, for Defendants–Appellees.

Before JOLLY, PRADO, and ELROD, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellant's motion to vacate judgment is DENIED.

IT IS FURTHER ORDERED that appellant's motion for coram nobis relief is DENIED.

IT IS FURTHER ORDERED that appellant's supplemental motion for coram nobis relief is DENIED.

IT IS FURTHER ORDERED that appellant's motion to stay issuance of the mandate is DENIED.